THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Michael Smith, Appellant.
 
 
 

Appeal From Calhoun County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2009-UP-415
 Submitted September 1, 2009  Filed
September 3, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, for
 Respondent.
 
 
 

PER CURIAM:  Michael
 Smith appeals his convictions and sentences for murder and possession of a
 firearm during the commission of a crime of violence, arguing the trial judge
 erred in denying his directed verdict motion.  After a thorough review of the record, counsel's brief, and
 Smith's pro se brief, pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 and KONDUROS and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.